# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 293 |
| | : | |
| REAPPOINTMENTS TO THE | : | DISCIPLINARY BOARD APPOINTMENT |
| DISCIPLINARY BOARD OF | : | |
| PENNSYLVANIA | : | DOCKET |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of March, 2017, P. Brennan Hart, Esquire, Allegheny County, and Andrew J. Trevelise, Esquire, Philadelphia, are hereby reappointed as members of the Disciplinary Board of Pennsylvania for a term of three years, commencing April 1, 2017.